■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY MALLORY, Appellant. (Appeal No. 2.) [595 NYS2d 358] —Judgment unanimously affirmed. Same Memorandum as in *People v Mallory* ([appeal No. 1] 191 AD2d 970 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Mark, J.—Criminal Possession Controlled Substance, 4th Degree.) Present—Callahan, J. P., Pine, Lawton, Boomer and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY MALLORY, Appellant. (Appeal No. 3.) [595 NYS2d 358] —Judgment unanimously affirmed. Same Memorandum as in *People v Mallory* ([appeal No. 1] 191 AD2d 970 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Mark, J.—Criminal Possession Weapon, 3rd Degree.) Present—Callahan, J. P., Pine, Lawton, Boomer and Davis, JJ.